UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

                          Petitioner,

            v.

STATE OF WASHINGTON,

                          Respondent.

Case No. C17-1045-TSZ

ORDER

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 3, and petitioner's objection thereto, docket no. 4, the Court finds and ORDERS:

(1)      The Court ADOPTS the Report and Recommendation;

(2)      The Clerk shall administratively CLOSE this matter and STRIKE all pending motions, including the petition for writ of mandamus, docket no. 5, as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997); and

(3)      The Clerk shall send copies of this Order to petitioner pro se and to Judge Theiler.

Dated this 8th day of September, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 1